IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JAMIE M. MULLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-5045-CV-SW-GAF |
| | ) |
| PHILLIP E. BOYD, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Plaintiff's taxable court costs are to be paid by Defendant.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 19, 2009